| | AUSA: | Craig Wininger | Telephone: | (989) 274-3303 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Kevin Starrs | Telephone: | (571) 456-8733 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America

    v.

Bahlil Pullen

Case No.  25-30418

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 26, 2025 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 USC 111(a)(1) | Assault on a federal officer |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Kevin Starrs
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  June 27, 2025

City and state:  Detroit, MI

*Elizabeth A. Stafford*
_____
*Judge's signature*

United States Magistrate Judge Elizabeth A. Stafford
XXXXXXXXXXX
_____
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Special Agent Kevin J Starrs Jr., being duly sworn, hereby state:

## I.   INTRODUCTION

1.     I am a special agent with the FBI and have been since June of 2021. I am currently assigned to the Detroit Division of the FBI, where I am assigned to the Violent Crime Task Force (VCTF). This task force consists of law enforcement officers from the Detroit Police Department, Dearborn Police Department, Northville Township Police Department, Westland Police Department, Livonia Police Department and the Michigan Department of Corrections (MDOC). I have conducted investigations of violations of federal law, including violent crimes and firearms offenses.  I have also participated in numerous arrests and search warrants related to gang and violent crime investigations.

2.     I make this affidavit from personal knowledge based on my participation in this investigation, from information learned from other federal, state, and local law enforcement personnel, and from information gained through my training and experience.

3.      I submit this affidavit in support of a complaint and arrest warrant for Bahlil Malik PULLEN for a violation of 18 U.S.C. § 111(a) and (b) (Assault of a Federal Officer Using a Deadly or Dangerous Weapon). I submit this affidavit for the limited purpose of establishing probable cause for a criminal complaint and therefore the affidavit does not include all the information known to law enforcement related to this investigation.

## II.   PROBABLE CAUSE

4.      On June 26, 2026, at approximately 6:00 a.m., members of the Drug Enforcement Administration Special Response team (DEA-SRT) approached the residence at 13944 Archdale Street, Detroit Michigan to execute a state search warrant for the residence. A marked police vehicle was also parked in the street in front of the residence at the time the search warrant was being executed.

5.      While DEA-SRT members were on the front porch of the residence to execute the search warrant, the red and blue emergency lights on the DEA-SRT bearcat vehicle were activated. In addition, before attempting to enter the residence, at least one DEA-SRT member gave loud verbal

commands of "police search warrant." Verbal announcements were also given from the bearcat over the vehicles PA system.

6.     DEA-SRT members breached the front metal storm door of the residence, and then the front door of the residence. Once the front door was opened, DEA-SRT members heard a single gunshot.

7.     DEA-SRT members observed Bahlil Malik PULLEN and his mother in the residence. Both PULLEN and his mother were given verbal commands and they complied.

8.     DEA-SRT members entered the residence to secure it and no other individuals were located inside. Two semi-automatic handguns were located inside PULLEN's bedroom; a tan Glock handgun bearing Serial Number CATK335 and a black semi-automatic handgun bearing Serial Number 229007300 with the words "Grim Reaper" on the slide.

9.     Both handguns are registered to PULLEN. A LEIN database check of PULLEN confirmed the two handguns are registered to him.

10.    Detroit Police Department Crime Scene technicians responded to the scene and located a bullet hole near the front door of the residence. A single shell casing from inside the residence was also recovered.

11.   PULLEN and his mother were taken into custody at Detroit Police Department Headquarters. Both PULLEN and his mother were advised of their Miranda rights by investigators and agreed to be interviewed.

12.   PULLEN stated that he was asleep when he heard someone say "kick the door in." PULLEN stated: "I'm very, very upset that I ended up shooting." PULLEN stated he did not know it was the police at the front door. According to PULLEN, someone previously "firebombed" his house, around Christmas time. PULLEN acknowledged that his bedroom is on the main level of the home, on the left side. PULLEN stated that he fired one shot and stopped when his mom told him it was the police. PULLEN stated he then dropped his gun.

Kevin J Starrs Jr
Special Agent
Federal Bureau of Investigation


Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Anthony P. Patti   Elizabeth A. Stafford
United States Magistrate Judge

Dated: June 27, 2025

-4-