UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

BAHLIL PULLEN,

    Defendant.

_____/

Case No. 26-CR-20433

Honorable Susan K. DeClercq

Violation:  18 U.S.C. § 111

## **INFORMATION**

The United States Attorney charges:

## **COUNT ONE**
18 U.S.C. § 111
*Impeding Certain Officers or Employees*

On or about June 26, 2025, in the Eastern District of Michigan, the defendant, Bahlil Pullen, forcibly impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114, to wit: a Special Agent of the Drug Enforcement Administration, who was engaged in official duties, in violation of 18 U.S.C. § 111(a).

JEROME F. GORGON, JR.
United States Attorney


Mark Bilkovic
Chief, Violent & Major Crimes Unit



Craig F. Wininger
Assistant United States Attorney

Dated: July 10, 2026

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>26-CR-20433 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes**          ☐ **No** | **AUSA's Initials:**   s/C.W. |

**Case Title:** USA v.  Bahlil Malik Pullen

**County where offense occurred :**  Wayne

**Check One:**          ☒**Felony**                    ☐**Misdemeanor**                    ☐**Petty**

_____Indictment/_____Information --- **no** prior complaint.
_____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 25-MJ-30418          ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____          **Judge:** _____

☐Corrects errors; no additional charges or defendants.
☐Involves, for plea purposes, different charges or adds counts.
☐Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 10, 2026
Date

*s/Craig Wininiger*
Craig Wininger
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9569
E-Mail address: Craig.Wininger@usdoj.gov
Attorney Bar #:  P57058

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.